# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 04/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Chair | Integrity Initiatives International |
| 4. | Adjunct Lecturer | Harvard University Kennedy School |
| 5. | Senior Fellow | Harvard University Carr Center for Human Rights |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Harvard Kennedy School - Teaching | $11,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 1/22-23/2018 | WASHINGTON, DC | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 2. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 4/7-14/2018 | ENGLAND | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 3. | WORLD BANK | 5/9-10/2018 | WASHINGTON, DC | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 4. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 10/19-27/2018 | DENMARK | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wolf, Mark L. | 04/25/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | USAID | 10/27-11/1/2018 | UKRAINE | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 6. | INTERNATIONAL BAR ASSOCIATION | 11/9-12/2018 | CZECH REPUBLIC | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 7. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 11/13-17/2018 | ENGLAND | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 2. McDonald's Corp | B | Dividend | L | T | | | | | |
| 3. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. 3 E Brokerage Account (H) 51 | | | | | | | | | |
| 6. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | K | T | | | | | |
| 7. Fidelity Total Bond ETF (FBND) | A | Dividend | | | Sold | 12/06/18 | J | | |
| 8. Flexshares IBOXX 5-year Tarag | A | Dividend | | | Buy | 06/12/18 | J | | |
| 9. | | | | | Sold | 12/06/18 | K | | |
| 10. iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 11/09/18 | K | | |
| 11. | | | | | Sold (part) | 11/28/18 | J | | |
| 12. iShares Inc MSCI Jpn ETF | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 13. | | | | | Sold (part) | 03/06/18 | K | | |
| 14. | | | | | Sold (part) | 05/03/18 | J | | |
| 15. | | | | | Buy (add'l) | 09/06/18 | K | | |
| 16. | | | | | Buy (add'l) | 10/03/18 | K | | |
| 17. | | | | | Sold (part) | 10/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/25/18 | K | | |
| 19. iShares MSCI FRNTR 100 ETF (FM) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 20. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 21. | | | | | Sold (part) | 02/02/18 | J | A | |
| 22. | | | | | Sold (part) | 02/08/18 | J | | |
| 23. | | | | | Sold (part) | 02/12/18 | J | | |
| 24. | | | | | Sold | 04/04/18 | J | A | |
| 25. iShares Trust MSCI India Index FD (INDA) | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 26. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 06/12/18 | K | | |
| 27. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 28. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 29. iShares TR US Treas BD ETF | A | Dividend | K | T | Buy | 06/12/18 | J | | |
| 30. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 31. iShares US ETF Trust Commodities Select | A | Dividend | | | Buy | 03/02/18 | J | | |
| 32. | | | | | Sold | 07/05/18 | J | | |
| 33. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | | | Buy (add'l) | 04/04/18 | J | | |
| 34. | | | | | Buy (add'l) | 05/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/14/18 | J | | |
| 36. | | | | | Sold (part) | 06/01/18 | J | | |
| 37. | | | | | Sold | 06/12/18 | K | | |
| 38. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 39. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 40. | | | | | Sold (part) | 07/09/18 | J | | |
| 41. iShares US Eft Tr Sht Mat DS ETF | B | Dividend | L | T | Buy | 03/27/18 | L | | |
| 42. JP Morgan ETF Trust Ultra Short Income | A | Dividend | | | Buy | 06/12/18 | M | | |
| 43. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 44. | | | | | Sold (part) | 07/05/18 | J | | |
| 45. | | | | | Sold (part) | 08/09/18 | J | | |
| 46. | | | | | Sold (part) | 08/23/18 | K | | |
| 47. | | | | | Sold (part) | 09/06/18 | K | A | |
| 48. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 49. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 50. | | | | | Sold (part) | 12/18/18 | J | | |
| 51. | | | | | Sold | 12/31/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Powershares QQQ Tr Unit Ser 1(QQQ) n/k/a Invesco QQQ Tr Unit Ser 1 | A | Dividend | | | Buy (add'l) | 03/02/18 | J | | |
| 53. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 54. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 55. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 56. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 57. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 58. | | | | | Sold (part) | 10/10/18 | K | | |
| 59. | | | | | Sold (part) | 11/15/18 | J | | |
| 60. | | | | | Sold | 12/21/18 | J | A | |
| 61. Sector SPDR Tr Shs Ben Int Utilities | A | Dividend | | | Buy | 07/05/18 | K | | |
| 62. | | | | | Sold | 08/03/18 | K | | |
| 63. SPDR Gold Tr Gold Shs | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 64. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 65. | | | | | Sold (part) | 06/25/18 | J | | |
| 66. SPDR S&P 500 ETF | A | Dividend | | | Sold | 08/03/18 | J | A | |
| 67. Spdr Ser TR DJ Wilshire Small Cap | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 70. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF (VWO) | A | Dividend | | | Sold | 03/06/18 | K | B | |
| 71. Vanguard Index Fds Small Cap (VBR) | A | Dividend | K | T | Sold (part) | 03/06/18 | J | | |
| 72. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 73. | | | | | Sold (part) | 06/01/18 | J | | |
| 74. | | | | | Sold (part) | 06/12/18 | J | | |
| 75. | | | | | Sold (part) | 10/12/18 | J | | |
| 76. | | | | | Sold (part) | 11/28/18 | J | | |
| 77. | | | | | Sold (part) | 12/21/18 | J | | |
| 78. Vanguard Scottsdale Fds Short Tern TreasA | A | Dividend | M | T | Buy | 12/18/18 | L | | |
| 79. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 80. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 81. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | | | Sold (part) | 02/21/18 | J | | |
| 82. | | | | | Sold | 05/03/18 | J | A | |
| 83. Wisdomtree Tr Japan Small cap Divid FD | A | Dividend | | | Buy | 02/21/18 | J | | |
| 84. | | | | | Sold | 05/03/18 | J | | |
| 85. World Gold Tr SPDR Gld Minis | | None | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. 3 E Brokerage Account 95 (H) | | | | | | | | | |
| 88. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. Flexshares IBOXX 5-year Targ | A | Dividend | | | Buy | 06/12/18 | K | | |
| 91. | | | | | Sold | 12/06/18 | K | | |
| 92. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 93. | | | | | Sold (part) | 04/04/18 | J | A | |
| 94. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 95. | | | | | Buy (add'l) | 08/03/18 | K | | |
| 96. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 97. | | | | | Sold (part) | 10/03/18 | J | A | |
| 98. | | | | | Sold (part) | 10/10/18 | K | A | |
| 99. | | | | | Sold (part) | 10/12/18 | J | | |
| 100. | | | | | Sold (part) | 11/28/18 | J | | |
| 101. iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 102. iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | | | Sold | 03/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. iShares Core US Aggregate Bond ETF (AGG) | A | Dividend | | | Sold | 05/17/18 | J | | |
| 104. iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 105. | | | | | Sold (part) | 12/21/18 | J | | |
| 106. iShares Inc MSCI JPN ETF New | A | Dividend | | | Buy | 09/06/18 | J | | |
| 107. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 108. | | | | | Sold | 10/25/18 | K | A | |
| 109. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Sold (part) | 03/06/18 | J | | |
| 110. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 111. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 112. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 113. | | | | | Sold (part) | 06/12/18 | J | | |
| 114. | | | | | Sold (part) | 06/25/18 | J | | |
| 115. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 06/12/18 | K | A | |
| 116. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 117. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 06/12/18 | K | | |
| 118. iShares TR Short Treas Bd (SHV) | A | Dividend | K | T | Sold (part) | 05/14/18 | J | | |
| 119. | | | | | Buy (add'l) | 06/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares US ETF Trust Commodities Select | A | Dividend | | | Buy | 03/02/18 | J | | |
| 121. | | | | | Sold | 05/14/18 | J | | |
| 122. iShares Tr Short Treas Bd | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 123. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 124. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 125. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 126. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 127. | | | | | Sold (part) | 05/14/18 | J | | |
| 128. | | | | | Sold | 06/12/18 | K | | |
| 129. iShares US Treas Be ETF | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 130. JP Morgan ETF Trust Ultra Short Income | A | Dividend | | | Buy | 06/12/18 | K | | |
| 131. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 132. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 133. | | | | | Sold (part) | 08/09/18 | J | | |
| 134. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 135. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 136. | | | | | Sold (part) | 12/18/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/31/18 | K | A | |
| 138. Powershares QQQ Tr Unit Ser 1(QQQ) n/k/ a Invesco QQQ Tr Unit | A | Dividend | | | Sold | 06/12/18 | J | | |
| 139. Sector SPDR TR Shs Ben Int Utilities | A | Dividend | | | Buy | 06/12/18 | K | | |
| 140. | | | | | Sold | 08/03/18 | K | A | |
| 141. SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 142. Vanguard Scottsdale Fds Short Ter Treas | A | Dividend | L | T | Buy | 12/18/18 | L | | |
| 143. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 145. Wisdomtree Tr Floating Rt TreaA | A | Dividend | | | Buy | 08/03/18 | K | | |
| 146. | | | | | Sold (part) | 09/06/18 | J | | |
| 147. | | | | | Sold | 12/31/18 | K | | |
| 148. World Gold TR SPDR Gld Minis | | None | J | T | Buy | 12/31/18 | J | | |
| 149. | | | | | | | | | |
| 150. 3 E Brokerage Account 00 (H) | | | | | | | | | |
| 151. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 152. Fidelity Total Bond ETF (FBND) | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 153. | | | | | Sold | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Flexshares IBOXX 5-year Targ | A | Dividend | | | Buy | 06/12/18 | J | | |
| 155. | | | | | Sold | 12/06/18 | J | | |
| 156. iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 11/09/18 | K | | |
| 157. | | | | | Sold (part) | 11/28/18 | J | | |
| 158. | | | | | Sold (part) | 12/21/18 | J | | |
| 159. iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 160. iShares Inc MSCI JPN ETF New | A | Dividend | | | Buy | 10/03/18 | K | | |
| 161. | | | | | Sold (part) | 10/12/18 | J | | |
| 162. | | | | | Sold | 10/25/18 | K | | |
| 163. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | | | Sold (part) | 01/31/18 | J | | |
| 164. | | | | | Sold | 04/04/18 | J | | |
| 165. iShares Trust MSCI India Index FD (INDA) | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 166. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 167. | | | | | Sold (part) | 06/12/18 | J | | |
| 168. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 169. iShares US ETF Trust Commodities Select | A | Dividend | | | Buy | 03/02/18 | J | | |
| 170. | | | | | Sold | 07/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 172. iShares TR US Treas BD ETF | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 173. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 174. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | | | Buy (add'l) | 03/27/18 | K | | |
| 175. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 176. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 177. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 178. | | | | | Sold (part) | 05/03/18 | J | | |
| 179. | | | | | Sold | 06/12/18 | L | | |
| 180. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 181. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 182. JP Morgan ETF Trustr Ultra Short Income | A | Dividend | | | Buy | 06/12/18 | L | | |
| 183. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 184. | | | | | Sold (part) | 07/05/18 | J | | |
| 185. | | | | | Sold (part) | 08/09/18 | J | | |
| 186. | | | | | Sold (part) | 08/23/18 | J | | |
| 187. | | | | | Sold (part) | 09/06/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 189. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 190. | | | | | Sold (part) | 12/18/18 | K | | |
| 191. | | | | | Sold | 12/31/18 | K | A | |
| 192. Powershares QQQ Tr Unit Ser 1(QQQ) n/k/a Invesco QQQ Tr Unit | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 193. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 194. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 195. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 196. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 197. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 198. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 199. | | | | | Sold (part) | 10/03/18 | J | | |
| 200. | | | | | Sold (part) | 10/12/18 | J | | |
| 201. | | | | | Sold (part) | 11/09/18 | J | | |
| 202. Sector SPDR TR Shs Ben Int Utilities | A | Dividend | | | Buy | 07/08/18 | J | | |
| 203. | | | | | Sold | 08/03/18 | J | | |
| 204. SPDR Gold TR Gold Shs | A | Dividend | | | Buy | 03/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 206. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 207. | | | | | Sold (part) | 06/12/18 | J | | |
| 208. | | | | | Sold | 06/25/18 | J | | |
| 209. SPDR Ser TR DJ Wilshire Small Cap | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 210. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 211. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 212. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 213. | | | | | Sold (part) | 10/03/18 | K | | |
| 214. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | | | Sold | 03/06/18 | J | | |
| 215. Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 216. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 217. | | | | | Sold (part) | 10/12/18 | J | | |
| 218. | | | | | Sold (part) | 11/28/18 | J | | |
| 219. Vanguard Scottsdale Fds Short Term Treas | A | Dividend | L | T | Buy | 12/18/18 | K | | |
| 220. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 221. | | | | | Buy (add'l) | 12/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | | | Sold | 05/03/18 | J | | |
| 223. World Gold Tr Spdr Gld Minis | | None | J | T | Buy | 12/31/18 | J | | |
| 224. | | | | | | | | | |
| 225. 3 E Brokerage Account 64 (H) | | | | | | | | | |
| 226. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 227. Fidelity Total Bond ETF (FBND) | A | Dividend | | | Sold | 12/06/18 | J | | |
| 228. Flexshares IBOXX 5-Year Targ | A | Dividend | | | Buy | 06/12/18 | K | | |
| 229. | | | | | Sold | 12/06/18 | K | | |
| 230. iShares Core S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 11/09/18 | K | | |
| 231. | | | | | Sold (part) | 11/28/18 | J | | |
| 232. | | | | | Sold (part) | 12/18/18 | J | | |
| 233. | | | | | Sold (part) | 12/21/18 | J | | |
| 234. iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 235. iShares Inc MSCI Jpn ETF | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 236. | | | | | Sold (part) | 03/06/18 | J | | |
| 237. | | | | | Sold (part) | 05/03/18 | J | | |
| 238. | | | | | Buy (add'l) | 09/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/03/18 | K | | |
| 240. | | | | | Sold (part) | 10/12/18 | J | | |
| 241. | | | | | Sold | 10/25/18 | K | | |
| 242. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | | | Sold (part) | 01/31/18 | J | | |
| 243. | | | | | Sold (part) | 02/08/18 | K | A | |
| 244. | | | | | Sold (part) | 02/12/18 | K | A | |
| 245. | | | | | Sold | 04/04/18 | J | | |
| 246. iShares Trust MSCI India Index FD (INDA) | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 247. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 06/12/18 | K | | |
| 248. | | | | | Buy | 12/06/18 | K | | |
| 249. | | | | | Sold (part) | 12/12/18 | J | | |
| 250. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 251. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 252. | | | | | Sold (part) | 12/12/18 | J | | |
| 253. iShares US ETF Tr Commodities Select | A | Dividend | | | Buy | 03/02/18 | J | | |
| 254. | | | | | Sold | 07/05/18 | J | A | |
| 255. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | | | Buy (add'l) | 03/06/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 257. | | | | | Buy (add'l) | 05/03/18 | K | | |
| 258. | | | | | Sold (part) | 05/14/18 | J | | |
| 259. | | | | | Sold | 06/12/18 | L | | |
| 260. iShares TR US Treas Bd ETF | A | Dividend | K | T | Buy | 06/12/18 | J | | |
| 261. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 262. | | | | | Sold (part) | 12/12/18 | J | | |
| 263. JP Morgan ETF Trust Ultra Short Income | A | Dividend | L | T | Buy | 06/12/18 | L | | |
| 264. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 265. | | | | | Sold (part) | 07/05/18 | J | | |
| 266. | | | | | Sold (part) | 08/09/18 | J | | |
| 267. | | | | | Sold (part) | 08/23/18 | K | | |
| 268. | | | | | Sold (part) | 09/06/18 | K | | |
| 269. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 270. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 271. | | | | | Sold (part) | 12/12/18 | J | | |
| 272. | | | | | Sold (part) | 12/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 12/31/18 | K | | |
| 274. Powershares QQQ Tr Unit Ser 1(QQQ)n/k/a Invesco QQQ Tr Unit Ser1 (QQQ) | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 275. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 276. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 277. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 278. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 279. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 280. | | | | | Sold (part) | 10/10/18 | K | B | |
| 281. | | | | | Sold (part) | 11/15/18 | J | | |
| 282. | | | | | Sold (part) | 12/12/18 | J | | |
| 283. Sector SPDR TR SHS Ben Int Utilities | A | Dividend | | | Buy | 07/05/18 | K | | |
| 284. | | | | | Sold | 08/03/18 | K | | |
| 285. SPDR Gold Tr Gold Shs | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 286. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 287. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 288. | | | | | Sold (part) | 06/12/18 | J | | |
| 289. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 07/09/18 | J | | |
| 291. SPDR Ser TR DJ Wilshire Small CapETF | A | Dividend | | | Buy | 08/03/18 | J | | |
| 292. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 293. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 294. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 295. | | | | | Sold | 10/03/18 | K | | |
| 296. SPDR S&P 500 ETF | A | Dividend | | | Sold | 12/12/18 | J | | |
| 297. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | | | Sold | 03/06/18 | K | C | |
| 298. Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 299. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 300. | | | | | Sold (part) | 10/12/18 | J | A | |
| 301. | | | | | Sold (part) | 11/28/18 | J | A | |
| 302. Vanguard Scottsdale Fds Short Term Treas (VGSH) | A | Dividend | L | T | Buy | 12/18/18 | K | | |
| 303. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 304. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 305. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 306. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 02/21/18 | J | A | |
| 308. | | | | | Sold | 05/03/18 | J | | |
| 309. World Gold Tr SPDR Gld Minis (GLDM) | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 310. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 311. 3 E Brokerage Account 53 (H) | | | | | | | | | |
| 312. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 313. Flexshares IBOXX 5 year Targ | A | Dividend | | | Buy | 06/12/18 | J | | |
| 314. | | | | | Sold | 12/06/18 | J | | |
| 315. iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | | | Sold (part) | 02/12/18 | J | | |
| 316. | | | | | Sold | 03/02/18 | J | | |
| 317. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 318. | | | | | Sold (part) | 12/12/18 | J | | |
| 319. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 320. | | | | | Sold (part) | 04/04/18 | J | | |
| 321. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 322. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 323. | | | | | Sold (part) | 07/05/18 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 325. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 326. | | | | | Sold (part) | 10/03/18 | J | | |
| 327. | | | | | Sold (part) | 10/10/18 | J | | |
| 328. | | | | | Sold (part) | 10/12/18 | J | | |
| 329. | | | | | Sold (part) | 11/15/18 | J | | |
| 330. | | | | | Sold (part) | 11/28/18 | J | | |
| 331. | | | | | Sold (part) | 12/12/18 | J | | |
| 332. iShares Core US Aggregate Bond ETF (AGG) | A | Dividend | | | Sold | 05/17/18 | K | | |
| 333. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | | | Sold (part) | 02/08/18 | J | | |
| 334. | | | | | Sold | 03/06/18 | J | | |
| 335. iShares Inc MSCI JPN ETF New | A | Dividend | | | Buy | 02/15/18 | J | | |
| 336. | | | | | Sold | 04/04/18 | J | | |
| 337. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 338. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 339. | | | | | Sold | 10/25/18 | J | | |
| 340. iShares TIPS Bond ETF (TIP) | A | Dividend | | | Sold (part) | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 06/12/18 | J | | |
| 342. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 343. | | | | | Sold | 12/12/18 | J | | |
| 344. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 345. iShares TR Short Treas Bd (SHV) | A | Dividend | J | T | Buy (add'l) | 03/27/18 | J | | |
| 346. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 347. | | | | | Sold (part) | 04/26/18 | J | | |
| 348. | | | | | Sold (part) | 05/14/18 | J | | |
| 349. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 350. | | | | | Sold (part) | 07/05/18 | J | | |
| 351. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | J | T | Buy (add'l) | 03/27/18 | J | | |
| 352. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 353. | | | | | Sold (part) | 04/26/18 | J | | |
| 354. | | | | | Sold (part) | 05/14/18 | J | | |
| 355. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 356. | | | | | Sold (part) | 06/12/18 | J | | |
| 357. iShares TR US Treas BD ETF (GOVT) (X) | A | Dividend | J | T | Sold (part) | 12/12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 33

Name of Person Reporting

Wolf, Mark L.

Date of Report

04/25/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  iShares US ETF Trust Commodities Select | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 359. | | | | | Sold (part) | 04/26/18 | J | | |
| 360. | | | | | Sold (part) | 07/05/18 | J | | |
| 361.  iShares Gold Trust iShares (IAU) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 362. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 363. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 364. | | | | | Sold (part) | 04/26/18 | J | | |
| 365. | | | | | Sold (part) | 06/12/18 | J | | |
| 366. | | | | | Sold (part) | 06/25/18 | J | | |
| 367. | | | | | Sold | 12/12/18 | J | | |
| 368.  JP Morgan ETF Trust Ultra Short Income ETF | A | Dividend | | | Buy | 06/12/18 | J | | |
| 369. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 370. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 371. | | | | | Sold (part) | 08/09/18 | J | | |
| 372. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 373. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 374. | | | | | Sold (part) | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 33

**Name of Person Reporting**

Wolf, Mark L.

**Date of Report**

04/25/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 12/18/18 | J | | |
| 376.  Sector SPDR TR Shs Ben Int Utilities | A | Dividend | | | Buy | 07/05/18 | J | | |
| 377. | | | | | Sold | 08/03/18 | J | | |
| 378.  Vanguard Scottsdale Fds Short Term Treas (VGSH) | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 379.  Wisdomtree TR Floating Rat Trea | A | Dividend | | | Buy | 07/05/18 | J | | |
| 380. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 381. | | | | | Sold (part) | 09/06/18 | J | | |
| 382. | | | | | Sold | 12/12/18 | J | | |
| 383.  World Gold TR SPDR GLD MINIS (GLDM) | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 384. | | | | | | | | | |
| 385.  3 E Brokerage Account 56 (H) | | | | | | | | | |
| 386.  Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 387.  Fidelity Total Bond ETF (FBND) | A | Dividend | | | Sold | 12/06/18 | J | | |
| 388.  Flexshares IBOXX 5-Year Targ | A | Dividend | | | Buy | 06/12/18 | J | | |
| 389. | | | | | Sold | 12/06/18 | J | | |
| 390.  iShares Core S&P ETF (IVV) | A | Dividend | | | Buy | 11/09/18 | J | | |
| 391. | | | | | Sold | 11/28/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 393. iShare Inc MSCI JPN ETF | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 394. | | | | | Sold (part) | 03/06/18 | J | | |
| 395. | | | | | Sold (part) | 05/03/18 | J | | |
| 396. | | | | | Sold | 10/12/18 | J | | |
| 397. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 398. | | | | | Sold (part) | 02/08/18 | J | A | |
| 399. | | | | | Sold (part) | 02/12/18 | J | A | |
| 400. | | | | | Sold (part) | 04/04/18 | J | A | |
| 401. | | | | | Sold | 10/25/18 | J | | |
| 402. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Sold (part) | 06/12/18 | J | | |
| 403. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 404. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 405. iShares TR US Treas Bd EFT (GOVT) | | None | J | T | Buy | 12/06/18 | J | | |
| 406. iShares US ETF Trust Commodities Select (COMT) | A | Dividend | | | Buy | 02/28/18 | J | | |
| 407. | | | | | Sold | 07/05/18 | J | | |
| 408. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | | | Buy (add'l) | 04/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 410. | | | | | Sold | 06/06/18 | J | | |
| 411. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 412. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 413. | | | | | Sold (part) | 07/09/18 | J | | |
| 414. JP Morgan ETF Trust Ultra Short Income | A | Dividend | | | Buy | 06/12/18 | K | | |
| 415. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 416. | | | | | Sold (part) | 07/05/18 | J | | |
| 417. | | | | | Sold (part) | 08/09/18 | J | | |
| 418. | | | | | Sold (part) | 08/23/18 | J | | |
| 419. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 420. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 421. | | | | | Sold | 12/18/18 | K | | |
| 422. Powershares QQQ Tr Unit Ser 1(QQQ)n/k/a Invesco QQQ Tr Unit Ser 1 | A | Dividend | | | Sold (part) | 02/28/18 | J | A | |
| 423. | | | | | Buy (add'l) | 03/03/18 | J | | |
| 424. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 425. | | | | | Buy (add'l) | 08/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 10/12/18 | J | A | |
| 427. | | | | | Sold (part) | 11/09/18 | J | | |
| 428. | | | | | Sold | 12/21/18 | J | A | |
| 429. Sector SPDR Tr Shs Ben Int Utilities | A | Dividend | | | Buy | 07/05/18 | J | | |
| 430. | | | | | Sold | 08/03/18 | J | | |
| 431. SPDR Gold Tr Gold Shs | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 432. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 433. | | | | | Sold (part) | 06/25/18 | J | | |
| 434. | | | | | Sold (part) | 07/09/18 | J | | |
| 435. SPDR Ser Tr DJ Wilshire Small Cap | A | Dividend | | | Buy | 08/09/18 | J | | |
| 436. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 437. | | | | | Sold | 10/02/18 | J | | |
| 438. SPDR S&P 500 ETF | A | Dividend | | | Sold | 12/18/18 | J | | |
| 439. | | | | | | | | | |
| 440. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | | | Sold | 12/18/18 | J | | |
| 441. Vanguard Index Fds Small Cap (VBR) | A | Dividend | | | Buy (add'l) | 02/28/18 | J | | |
| 442. | | | | | Buy (add'l) | 03/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 33

**Name of Person Reporting**

Wolf, Mark L.

**Date of Report**

04/25/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold (part) | 06/06/18 | J | A | |
| 444. | | | | | Sold (part) | 10/12/18 | J | A | |
| 445. | | | | | Sold (part) | 11/28/18 | J | A | |
| 446. | | | | | Sold | 12/21/18 | J | | |
| 447. Vanguard Scottsdale Fds Short Term Treas (VGSH) | | None | K | T | Buy | 12/18/18 | K | | |
| 448. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 449. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | | | Sold | 02/21/18 | J | A | |
| 450. Wisdomtree Trust Japan Small Cap Divid FD | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 451. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 452. World Gold TrSPDR Gld Minis | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 453. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Dividend | | | Sold | 04/12/18 | J | | |
| 454. Fidelity USA n/k/a Fidelity Money Market Checking Account | B | Interest | M | T | | | | | |
| 455. | | | | | | | | | |
| 456. Bank of America (savings) | A | Interest | K | T | | | | | |
| 457. Bank of America (checking) | A | Interest | K | T | | | | | |
| 458. LILO, LLC (Limited Liability Corporation) | D | Dividend | M | U | | | | | |
| 459. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2018, most of the assets owned by ▮▮▮▮ and me were managed by 3Edge Asset Management ("3Edge"). We invest in what 3Edge calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 04/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544